UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GORDON FINANCIAL GROUP LLC,

                                Plaintiff,

-v-

DIGESTIVE DISEASE ASSOCIATES PC, *et al.*,

                              Defendants.

25 Civ. 6106 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Due to a Court conflict, the initial pretrial conference is hereby rescheduled to Friday, September 5, 2025, at 2 p.m. The dial-in information remains the same.

    SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: July 28, 2025
         New York, New York