

1037 Raymond Blvd
Suite 910
Newark, NJ  07102-5436

5 Penn Plaza, 23rd Floor
New York, NY 10001-1810

**www.fmglaw.com**

**John M. Badagliacca, Esq.**
**Partner**
**D: 973.536.1991**
**C: 973.986.5517**

**john.badagliacca@fmglaw.com**

January 7, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___01/08/2026

**MEMO ENDORSED**

**VIA ECF**
Hon. Katharine H. Parker
United States District Court
Southern District of New York
300 Pearl Street, Room 570
New York, NY 10007

> **Re:** **Gordon Financial Group LLC v. Digestive Disease Associates PC, et al.**
> **Case No.: 1:25-cv-06106-PAE**

Dear Judge Parker:

This office represents defendants Dr. Randy Brinson ("Dr. Brinson"), PanAmerican Marketing Group LLC ("PanAmerican"), and Digestive Disease Associates PC ("DDA") (collectively "Defendants") in the above-captioned matter. A settlement conference is presently scheduled in front of Your Hour on January 13, 2026. **Please accept this letter as the parties' joint request to adjourn the scheduled settlement conference.**

The parties have discussed settlement multiple times and are of the opinion that further settlement discussions are likely futile at this time. The parties do not wish to waste the Court's time or resources if the parties are not in a position to settle the matter.

Accordingly, the parties respectfully request that the January 13, 2026, Settlement Conference be adjourned to a date in February so that the parties might be in a more realistic position to resolve the matter. This letter is being submitted with the consent of counsel for Plaintiff. This is the first adjournment request submitted by the parties. Your Honor's courtesies and considerations are greatly appreciated.

Respectfully,

**FREEMAN MATHIS & GARY LLP**

*/s/ John M. Badagliacca*
John M. Badagliacca, Esq.

**APPLICATION GRANTED:**  The  settlement conference in this matter scheduled for Tuesday, January 13, 2026, at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, March 18, 2026, at 10:00 a.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>March 11, 2026, by 5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

01/08/2026