UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GORDON FINANCIAL GROUP LLC,

                                    Plaintiff,

              -against-

DIGESTIVE DISEASE ASSOCIATES PC, et al.,

                                    Defendants.
-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** __03/09/2026__

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**25-CV-6106 (PAE)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Order of Dismissal filed on March 6, 2026 (doc. no 21) the Settlement

Conference previously scheduled for **March 18, 2026,** is hereby adjourned *sine die*.

        **SO ORDERED.**

Dated: March 9, 2026
        New York, New York

_____
        KATHARINE H. PARKER
        United States Magistrate Judge